No. 70–5125. CLARK *v.* BOSLOW, INSTITUTION DIRECTOR. C. A. 4th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *McNeil* v. *Director, Patuxent Institution,* 407 U. S. 245.

No. 70–5336. FARRELL *v.* SCHMIDT, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, ET AL. Sup. Ct. Wis. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Humphrey* v. *Cady,* 405 U. S. 504.

No. 71–239. FERGUSON, U. S. DISTRICT JUDGE *v.* UNITED STATES. Certiorari before judgment to C. A. 9th Cir. Certiorari granted and case remanded for further consideration in light of *United States* v. *United States District Court for the Eastern District of Michigan (Plamondon et al., Real Parties in Interest),* 407 U. S. 297.

No. 71–1028. CAMPOPIANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. Judgment vacated and case remanded for further consideration in light of *Barker* v. *Wingo, Warden,* 407 U. S. 514.

No. 71–5100. BACON *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Gelbard* v. *United States,* and *United States* v. *Egan, ante,* p. 41.